UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAVIER MORA and ELIZABETH MORA,

Plaintiffs

v.

LYON MANAGEMENT GROUP, INC., a California Corporation doing business as Reno Red District, et al.,

Defendants

Case No.: 3:25-cv-00260-CSD

**Order**

Re: ECF No. 36

A motion to withdraw as counsel for Plaintiffs has been filed by Flynn Law Group, PC and Campione Law, PA. (ECF No. 36.)

Under Local Rule IA 11-6(b), an attorney must serve a motion to withdraw on the affected client, who may, but is not required to, file a response to the motion within 14 days of service. The proof of service for the motion to withdraw does not indicate it was served on the Plaintiffs. Moving counsel shall serve the motion on Plaintiffs and file a proof of service on or before **December 15, 2025**.

**IT IS SO ORDERED**.

Dated: December 9, 2025

_____
Craig S. Denney
United States Magistrate Judge