UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER MORA, et al.,<br><br>Plaintiffs<br><br>v.<br><br>LYON MANAGEMENT GROUP, INC., et al.,<br><br>Defendants | Case No.: 3:25-cv-00260-CSD<br><br>**Order**<br><br>Re: ECF No. 36 |

With good cause appearing, the motion to withdraw as counsel for Plaintiffs filed by Flynn Law Group, PC (Shamus Flynn) and Campione Law, PA (Christopher Campione, Kirby Johnson, and Steve Paveglio) (ECF No. 36) is **GRANTED**. The Fahrendorf Law Offices will remain as counsel for Plaintiffs.

**IT IS SO ORDERED**.

Dated: December 31, 2025

_____
Craig S. Denney
United States Magistrate Judge